FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 03 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00137 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(j) |
| JONATHAN DANARD HARRIS, JR. | ) | 18 U.S.C. § 922(o) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.    On or about February 25, 2022, the defendant,

JONATHAN DANARD HARRIS, JR.,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Fleeing, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-22-574; and

2. Criminal Use of Prohibited Weapons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-22-3452.

B.    On or about February 25, 2022, in the Eastern District of Arkansas, the defendant,

JONATHAN DANARD HARRIS, JR.,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 22, .40 caliber firearm, bearing serial number VVR385, in violation of Title 18, United States Code, Section 922(g)(1).

1



## COUNT 2

On or about February 25, 2022, in the Eastern District of Arkansas, the defendant,

JONATHAN DANARD HARRIS, JR.,

knowingly possessed a stolen firearm, that is: a Glock, model 22, .40 caliber firearm, bearing serial number VVR385, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

## COUNT 3

On or about February 25, 2022, in the Eastern District of Arkansas, the defendant,

JONATHAN DANARD HARRIS, JR,

knowingly possessed a machinegun, that is a Glock, model 22, .40 caliber firearm, bearing serial number VVR385, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Counts 1, 2 or 3 of this Indictment, the defendant, JONATHAN DANARD HARRIS, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## **FORFEITURE ALLEGATION 2**

Upon conviction of the offense alleged in Count 3 of this Indictment, the defendant, JONATHAN DANARD HARRIS, JR., shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]